UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61295-CIV-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

C.F. ENTERPRISES, LLC,
CRAIG FORMAN, AND DON MURRONI,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT MURRONI

**THIS CAUSE** is before the Court on Plaintiff United States of America's Motion for Partial Summary Judgment Against Defendant Don Murroni [DE 37] ("Motion"). The Court has reviewed the Motion and is otherwise advised in the premises.

Defendant Don Murroni has not filed a response and the time for filing a response has passed. Consequently, the undisputed facts, including audio recordings of Defendant Don Murroni ("Defendant"), establish that Defendant has engaged in a pattern or practice of discrimination and denied rights protected under the Fair Housing Act to a group of persons by stating a preference, a limitation, or discrimination because of race or color, in violation of 42 U.S.C. 3604(c).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. United States' Motion for Partial Summary Summary Judgment Against Defendant Murroni [DE 37] is **GRANTED** by **DEFAULT**.

2. Plaintiff United States of America shall file a **STATUS REPORT** no later than November 23, 2009 stating the status of Plaintiff's remaining claims against Defendant Don Murroni.

3. The Court shall enter a separate order granting relief.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2009.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.