UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61295-CIV-COHN/SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

C.F. ENTERPRISES, LLC,
CRAIG FORMAN, AND DON MURRONI,

    Defendants.

_____/

## ORDER GRANTING INJUNCTIVE RELIEF

In its Order Granting Plaintiff's Motion for Partial Summary Judgment Against Defendant Don Murroni [DE 42], the Court found that Defendant Don Murroni has engaged in a pattern or practice of discrimination and denied rights protected under the Fair Housing Act in violation of 42 U.S.C. 3604(c).  Accordingly, the Court orders the following injunctive relief:

1. Defendant Don Murroni is prohibited from making statements with respect to the rental of a dwelling that indicate any preference, limitation, or discrimination because of race or color in violation of the Fair Housing Act, 42 U.S.C. § 3604(c).

2. Should Don Murroni again violate 42 U.S.C. § 3604(c), that violation will constitute a "subsequent violation" pursuant to 42 U.S.C. § 3614(d).

3. Should Defendant Don Murroni resume work at any rental property or enter work involving the sales of dwellings, he is hereby ordered to complete, at his own expense, fair housing training within thirty (30) days of beginning said employment.  At a minimum, the training shall consist of the following:

    a. Instruction on the requirements of all applicable federal and state housing discrimination laws; and

  b. A question and answer session for the purpose of reviewing the foregoing areas.

4. Should Defendant Don Murroni obtaining employment involving work with a rental property or the sales of property in the next three (3) years, he shall, within no more than fifteen (15) days, provide to the United States the name of his employer, his job title, the complete address of where he works, and, if relevant, the number of units on the property.

5. Should Defendant Don Murroni receive notice of any written or oral complaint against him regarding discrimination in housing in the next three (3) years, he shall, no later than fifteen (15) days after receiving notice of a complaint, provide notice to the United States.  If the complaint is written, the Defendant shall provide a copy of it with the notification.  The notification shall include the full details of the complaint, including the complainant's name, address, and telephone number.  The Defendant shall also promptly provide the United States all information it may request concerning any such complaint and shall inform the United States within fifteen (15) days of the substance of any resolution of such complaint.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.